UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN DANIEL GALLOT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 19-02041 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On April 15, 2019, Plaintiff, proceeding *pro se*, filed documents attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. (Docket No. 2.) A blank complaint form and postage-paid return envelope were enclosed with the notice. (*Id.*) The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. (Docket No. 3.) After Plaintiff filed another IFP application on April 18, 2019, (Docket No. 4), which was also insufficient because he failed to complete the form, the Clerk sent another insufficient IFP notice on May 14, 2019, directing Plaintiff to

respond within twenty-eight days to avoid dismissal. (Docket No. 5.)

The deadlines for filing a response to the Clerk's notices have passed, and Plaintiff has failed to file a proper complaint and a complete IFP application or pay the filing fee.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: June 12, 2019

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\02041Gallot_dis-ifp-compl.

2