1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLENN DANIEL GALLOT, | Case No. 19-02041 BLF (PR) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNKNOWN, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 12, 2019

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgement
P:\PRO-SE\BLF\CR.19\02041Gallot_jud.docx